NO. 07-07-0269-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

AUGUST 22, 2007
_____

GUY L. M. FLOYD, F.P.C.S., INC., FLOOR P.C.S., LTD.,
AND FLOORS, INC., APPELLANTS

V.

PHILIP VIPOND, APPELLEE
_____

FROM THE 150TH DISTRICT COURT OF BEXAR COUNTY;

NO. 2004-CI-14903; HONORABLE JANET P. LITTLEJOHN, JUDGE
_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**ON MOTION TO DISMISS**

Appellants/Cross-Appellees Guy L. M. Floyd, F.P.C.S., Inc., Floor P.C.S., Ltd., and Floors, Inc., and Appellee/Counter Appellant Philip Vipond, each have filed Voluntary Motions to Dismiss. No decision of this Court having been delivered to date, we grant the motions. All costs of this appeal are assessed against the party incurring the same. Accordingly, the appeal is dismissed. TEX. R. APP. P. 42.1(a)(1). No motion for rehearing will be entertained and our mandate will issue forthwith.


Mackey K. Hancock
Justice